IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED FUNDING, INC., and  CASE NUMBER: 6:09-cv-1839
MICHAEL FEHRENBACHER,

        Plaintiffs

vs.

JOHN BOSCHERT,  JENIFER HOFFMAN,
BRYAN ZUZGA and ASSURED
CAPITAL CONSULTANTS, LLC.

        Defendants
_____/

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

    I hereby disclose the following pursuant to this Court's Order on Interested Persons And Corporate Disclosure Statement:

1. the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

    A.    UNITED FUNDING, INC.
    B.    MICHAEL FEHRENBACHER, individually and as shareholder, officer and director of Manager of UNITED FUNDING, INC.;
    C.    Law Offices of David S. Cohen, LC, David S. Cohen, Esquire as Counsel for the Plaintiffs.
    D.    Each of the Defendants named in this action, to wit: JOHN BOSCHERT, JENIFER HOFFMAN, BRYAN ZUZGA and ASSURED CAPITAL CONSULTANTS, LLC; and

2. the name of every other entity whose publicly – traded stock, equity, or debt may be substantially affected by the outcome of the proceedings: NONE

3. the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):  The Plaintiffs anticipate filing an amended complaint which will add the following additional Defendants: DAH MANAGEMENT INC., and DONALD HOFFMAN JR.

4. the name of each victim (individual and corporate), including every person who may be entitled to restitution: NONE

5. Check one of the following:

　　　X　a. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

　　　　　b. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:

**CERTIFICATE OF SERVICE**

　　　I HEREBY CERTIFY that on this  14th  day of November 2009  I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties who have entered appearances in this case.  I further certify that a true and correct copy was forwarded by US Mail to: JOHN BOSCHERT, 9716 Wild Oak Drive Windermere, FL 34786, JENNIFER HOFFMAN, 17532 Cobblestone Lane, Clermont, FL 34711, BRYAN ZUZGA, 13045 Hidden Beach Way, Clermont, FL 34711, and ASSURED CAPITAL CONSULTANTS, LLC, C/O Scott Forkner, as Registered Agent, 822 N. Jacks's Lake Road, Clermont, FL 34711.

LAW OFFICES OF DAVID S. COHEN, LC

s/ David S. Cohen
David S. Cohen, Esquire
5728 Major Boulevard, Suite 550
Orlando, Florida 32819
(407) 354-3420
(407) 354-3840
email: dscohenlaw@yahoo.com
Florida Bar No. 0970638