IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No.: 6:09-CV-1839

UNITED FUNDING, INC., and
MICHAEL FEHRENBACHER,

    Plaintiffs,

vs.

JOHN BOSCHERT, JENIFER
HOFFMAN, BRYAN ZUZGA AND
ASSURED CAPITAL
CONSULTANTS, LLC, DAH
MANAGEMENT INC. AND
DONALD HOFFMAN, JR.,

    Defendants.

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

The Defendants, JENIFER HOFFMAN ("Ms. Hoffman") and ASSURED CAPITAL CONSULTANTS, LLC ("Assured Capital"), hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure Statement:

1. The name of each person, attorney, association of persons, firm, law firm, partnership and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

0025869\143360\1271636\1

      a.      Jenifer Hoffman (Defendant)

      b.      Assured Capital Consultants, LLC (Defendant)

      c.      T. Todd Pittenger, Kristopher Kest, Richard Dellinger, and Terry C. Young of the law firm of Lowndes, Drosdick, Doster, Kantor & Reed, P.A., Counsel for Defendants, Jenifer Hoffman and Assured Capital Consultants, LLC

      d.      John Boschert (Defendant)

      e.      Bryan Zuzga (Defendant)

      f.      Donald Hoffman, Jr.

      g.      DAH Management Inc.

      h.      United Funding, Inc. and Michael Fehrenbacher (Plaintiffs)

      i.      David S. Cohen and the law firm of David S. Cohen, LC, Counsel for Plaintiffs

2.    The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3.    The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee:

None

4.    The name of each victim (individual and corporate), including every person who may be entitled to restitution:

None

5. Defendants hereby state that:

a. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any conflict.

Respectfully submitted, December 14th, 2009.

/s/ Thomas Todd Pittenger
**Terry C. Young, Esquire**
Florida Bar No. 222364
youngtc@lowndes-law.com
**T. Todd Pittenger, Esquire**
Florida Bar No. 0768936
todd.pittenger@lowndes-law.com
**Richard Dellinger, Esquire**
Florida Bar No. 0179957
richard.dellinger@lowndes-law.com
**Kristopher Kest, Esquire**
Florida Bar No. 15411
kristopher.kest@lowndes-law.com
Lowndes, Drosdick, Doster, Kantor & Reed, P.A.
P.O. Box 2809
Orlando, Florida 32802-2809
Telephone: (407) 843-4600
Fax No: (407) 843-4444
*Attorney for Defendants, Jenifer Hoffman and Assured Capital Consultants, LLC*

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on December 14th, 2009, I electronically filed the foregoing with the Clerk of Court pursuant to the Administrative Procedures for Electronic Filing in Civil and Criminal Cases of this Court by using the CM/ECF system which will send a notice of electronic filing and complete service on the following listed individuals who are registered electronic filers.

     David S. Cohen, Esquire
     Law Offices of David S. Cohen, LC
     5728 Major Boulevard
     Suite 550
     Orlando, FL 32819
     Phone: 407-354-3420
     Fax: 407-354-3840
     Email: dscohenlaw@yahoo.com
     Florida Bar No. 0970638

                              */s/ Thomas Todd Pittenger*
                              T. Todd Pittenger