IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No.: 6:09-CV-1839

UNITED FUNDING, INC., and
MICHAEL FEHRENBACHER,

    Plaintiffs,

vs.

JOHN BOSCHERT, JENIFER HOFFMAN, BRYAN ZUZGA AND ASSURED CAPITAL CONSULTANTS, LLC, DAH MANAGEMENT INC. AND DONALD HOFFMAN, JR.,

    Defendants.

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

The Defendant, DAH MANAGEMENT, INC. ("DAH"), hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure Statement:

1. The name of each person, attorney, association of persons, firm, law firm, partnership and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

    a.    DAH Management, Inc.

0025869\143360\1271636\2

  b. Jenifer Hoffman (also named as Defendant)

  c. Donald Hoffman (also named as Defendant)

  d. Assured Capital Consultants, LLC (also named as Defendant)

  e. T. Todd Pittenger, Kristopher Kest, Richard Dellinger and Terry C. Young of the law firm of Lowndes, Drosdick, Doster, Kantor & Reed, P.A., Counsel for Defendants, Jenifer Hoffman and Assured Capital Consultants, LLC, and counsel for Defendant, DAH.

  f. John Boschert (also named as Defendant)

  g. Bryan Zuzga (also named as Defendant)

  h. United Funding, Inc. and Michael Fehrenbacher (Plaintiffs)

  i. Tim Hubman

  j. David S. Cohen and the law firm of David S. Cohen, LC, Counsel for Plaintiffs

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee:

None

4. The name of each victim (individual and corporate), including every person who may be entitled to restitution:

None

0025869\143360\1271636\2

5. Defendants hereby state that:

a. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any conflict.

Respectfully submitted, February 2, 2010.

/s/ Thomas Todd Pittenger
**T. Todd Pittenger, Esquire**
Florida Bar No. 0768936
todd.pittenger@lowndes-law.com
Lowndes, Drosdick, Doster, Kantor & Reed, P.A.
P.O. Box 2809
Orlando, Florida 32802-2809
Telephone: (407) 843-4600
Fax No: (407) 843-4444
*Attorney for Defendant, DAH*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 2, 2010, I electronically filed the foregoing with the Clerk of Court pursuant to the Administrative Procedures for Electronic Filing in Civil and Criminal Cases of this Court by using the CM/ECF system which will send a notice of electronic filing and complete service on the following listed individuals who are registered electronic filers.

*/s/ Thomas Todd Pittenger*
T. Todd Pittenger